**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| IN RE: <br><br> **DORRIAN MILLER** <br><br><br> Debtor | Case No. **15-23768-LSS** <br> Chapter 13 |

**TRUSTEE'S CONSENT TO THE DEBTOR'S MOTION FOR AUTHORITY TO INCUR SECURED DEBT FOR THE PURPOSE OF MODIFYING THE TERMS OF AN EXISTING SECURED LOAN FOR REAL PROPERTY**

Nancy L. Spencer Grigsby, Chapter 13 Trustee in the above-captioned case, consents herein to Debtor's motion for authority to modify the existing first mortgage on their principal property, and states:

a.) That the Debtor has provided the Trustee with the terms of the loan modification.

b.) The Trustee advises the Court that the only significant change to this case will be the removal of the claim for pre-petition arrears to creditor Wells Fargo Bank N A. The Trustee expects the Debtor to continue to make regular chapter 13 plan payments.

c.) The Trustee will consent to the loan modification under the condition that the Debtor provides a copy of the signed loan agreement to the Trustee upon completion of the transaction.

WHEREFORE, for the foregoing reasons, the Trustee moves this Honorable Court to authorize the loan modification.

| | |
|---|---|
| Date: November 16, 2018 | Respectfully Submitted, |
| | **/s/ Nancy L. Spencer Grigsby** |
| | Nancy L. Spencer Grigsby |
| | CHAPTER 13 TRUSTEE |
| | 185 Admiral Cochrane Dr. |
| | Suite 240 |
| | Annapolis, MD  21401 |
| | NGRIGSBY@CH13MD.COM |

## Certificate of Service

    I hereby certify that on the 16th day of November, 2018, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Trustee's consent to the Debtor's motion for authority to incur secured debt for purpose of modifying the terms of an existing secured loan for real property will be served electronically by the Court's CM/ECF system on the following:

Starla Hudachek    hudacheklaw@verizon.net, starlahudachek@gmail.com
(Attorney)

    I hereby further certify that on the 16th day of November, 2018, a copy of the  was also mailed first class mail, postage prepaid to:

DORRIAN MILLER
2052 HAPSBURG COURT
WALDORF, MD  20602
*Debtor*

                                                    **/s/ NANCY L. SPENCER GRIGSBY**
                                                    NANCY L. SPENCER GRIGSBY
                                                     CHAPTER 13 TRUSTEE